**W. W. Hinds, appellant, v. W. U. Hutchinson and W. H. Perisho, appellees.**

Action of fraud and deceit in inducing plaintiff to exchange land. Judgment for defendants. Appeal from the Circuit Court of Edgar county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed October 25, 1921.

Frank C. Van Sellar, Edward C. Craig, Donald B. Craig, James W. Craig, Jr., Fred H. Kelly and James Craig Van Meter, for appellant. Shepherd, Trogdon & Dole and Frank T. O'Hair, for appellees.

Mr. Justice Heard delivered the opinion of the court.

---

**D. N. Wisherd Sons Company, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant.**

Action for damages to oysters shipped over defendant's road and received in damaged condition. Judgment for plaintiff on trial *de novo* on appeal from a judgment in justice's court. Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed October 25, 1921.

M. Finlay Carrott, for appellant; J. A. Connell, of counsel. John F. Garner, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Mabel Casteel, appellee, v. Springfield Consolidated Railway Company, appellant.**

Action for damages for personal injuries received by plaintiff while a passenger upon defendant's open cars due to slipping on a shield between the seats. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed October 25, 1921.

P. B. Warren, A. M. Fitzgerald and J. A. Londrigan, for appellant. John W. Sheehan and Robert H. Patton, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**C. C. Drake, administrator of the estate of Ralph Drake, deceased, appellee, v. John S. Nixon, appellant.**

Action for damages for the death of a boy 6½ years of age who was run over by defendant's automobile. Judgment for plaintiff. Appeal from the Circuit Court of Tazewell county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Niehaus, J., took no part in this decision. Opinion filed October 25, 1921.

W. J. Reardon and Ralph Dempsey, for appellant. Arthur F. Miller and W. F. Gray, for appellee.

Mr. Justice Heard delivered the opinion of the court.